IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BONNIE SUE THARPE, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 2:04cv1048-M |
| | ) | [W/O] |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

The plaintiff filed her First Motion for Leave to File Reply Brief (Doc. # 14) on 16 May 2005, more than one month after the defendant filed her supporting brief (Doc. # 12) and the Transcript of Administrative Proceedings. (Doc. # 13). The motion offers no justification whatsoever for the unreasonable delay. A Second Motion to File a Reply Brief was filed on 14 July 2005, and it is identical in all respects to the first motion. (Doc. # 15). Therefore, it is

ORDERED that the motions be and are DENIED.

DONE this 18th day of July, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE